ALFRED BILODEAU *vs.* NATHAN WERLINSKY & others.

Suffolk.   March 11, 1927. — March 14, 1927.

Present: RUGG, C.J., BRALEY, PIERCE, CARROLL, & WAIT, JJ.

*Negligence*, In use of highway, Motor vehicle.   *Joint Tortfeasors.*

The evidence at the trial of an action of tort against two defendants, one of whom had been defaulted, for damage to a motor vehicle of the plaintiff suffered when, following and by reason of a collision between motor vehicles operated by the defendants, respectively, the plaintiff's motor vehicle was run into, was *held* to warrant a submission of the case to the jury.

TORT against Barbara Daviduk, Michael Daviduk and Nathan Werlinsky, jointly, to recover for property damage resulting when, following and by reason of a collision between motor vehicles driven by defendants Werlinsky and Michael Daviduk, respectively, a motor vehicle of the plaintiff also was run into.   Writ in the Municipal Court of the City of Boston dated March 1, 1926.

On removal to the Superior Court, the action was tried before *Flynn*, J.·  At the opening of the trial, the defendants Daviduk were defaulted. The trial proceeded against Werlinsky alone. The judge refused to order a verdict for the defendant Werlinsky. There was a verdict for the plaintiff in the sum of $125. The defendant Werlinsky alleged exceptions.

The case was submitted on briefs.

*M. J. Smith*, for the defendant.

*R. J. Curran*, for the plaintiff.

BY THE COURT. There was evidence, which need not be narrated, warranting a finding that the automobile of the plaintiff, being driven with due care upon a highway, was damaged by the negligence of the defendant Werlinsky either alone or in concurrence with negligence of other defendants. Motion for a directed verdict was denied rightly.

*Exceptions overruled.*